MARCH 8, 1954.

No. 438. FOREST LAWN MEMORIAL-PARK ASSOCIATION, INC. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 479. PIERCE BROTHERS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Motion to defer consideration denied. Certiorari denied. *Dana Latham, Paul R. Watkins* and *Richard W. Lund* for petitioners. *Ugene U. Blalock* also for petitioner in No. 438. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent. Briefs of *amici curiae* supporting petitioners were filed by *James R. Clark* and *Burton E. Robinson* for the National Funeral Directors Association of the United States, Inc.; and by *John C. Slade* for the National Selected Morticians, Inc. in No. 479.

No. 351, Misc. CROSS *v.* SUPREME COURT OF CALIFORNIA; and

No. 392, Misc. HENDRICKSON *v.* PENNSYLVANIA. Motions for leave to file petitions for writs of mandamus denied.

No. 354, Misc. DODD *v.* STEELE, WARDEN;
No. 364, Misc. SCHELL *v.* EIDSON, WARDEN;
No. 366, Misc. FRAZIER *v.* UNITED STATES;
No. 371, Misc. EX PARTE HINKLE; and
No. 374, Misc. WOODS *v.* LOONEY, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.